McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey  07102
(973) 622-4444

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
(212) 558-4000

*Attorneys for Defendants*
*Valeant Pharmaceuticals International, Inc.,*
*J. Michael Pearson, Robert L. Rosiello and*
*Ari S. Kellen*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| T. ROWE PRICE GROWTH STOCK FUND, INC., et al.,<br><br>                   Plaintiffs,<br><br>    v.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC., J. MICHAEL PEARSON, HOWARD B. SCHILLER, ROBERT L. ROSIELLO, DEBORAH JORN, ARI S. KELLEN, and TANYA CARRO,<br><br>                   Defendants. | Civil Action No. 16-5034(MAS)(LHG)<br><br>**CORPORATE DISCLOSURE STATEMENT** |

       Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Valeant Pharmaceuticals International, Inc. ("Valeant") hereby certifies that Valeant has no parent corporation and, to the best of Valeant's knowledge, no publicly-traded corporation owns more than 10% of the stock of Valeant.

ME1 23326352v.1

Respectfully Submitted,


By: *s/ Richard Hernandez*
    Richard Hernandez
    MCCARTER & ENGLISH, LLP
    Four Gateway Center
    100 Mulberry Street
    Newark, New Jersey 07102
    (973) 622-4444

    SULLIVAN & CROMWELL LLP
    125 Broad Street
    New York, New York  10004
    (212) 558-4000

    *Attorneys for Defendants*
    *Valeant Pharmaceuticals International, Inc.,*
    *J. Michael Pearson, Robert L. Rosiello and*
    *Ari S. Kellen*


Dated:  September 20, 2016