# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION<br><br>This Document Relates To: All Actions | Civil Action No. 15-7658 (MAS) (LHG) |
| T. ROWE PRICE GROWTH STOCK FUND, INC., et al.,<br><br>                Plaintiffs,<br><br>   v.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC., et al.,<br><br>                Defendants. | Civil Action No. 16-5034 (MAS) (LHG) |
| EQUITY TRUSTEES LIMITED AS RESPONSIBLE ENTITY FOR T. ROWE PRICE GLOBAL EQUITY FUND, et al.,<br><br>                Plaintiffs,<br><br>   v.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC., et al.,<br><br>                Defendants. | Civil Action No. 16-6127 (MAS) (LHG) |

| | |
|---|---|
| PRINCIPAL FUNDS, INC., et al., <br><br>          Plaintiffs, <br><br>     v. <br><br> VALEANT PHARMACEUTICALS INTERNATIONAL, INC., et al., <br><br>          Defendants. | Civil Action No. 16-6128 (MAS) (LHG) |
| BLOOMBERGSEN PARTNERS FUND LP, et al., <br><br>          Plaintiffs, <br><br>     v. <br><br> VALEANT PHARMACEUTICALS INTERNATIONAL, INC., et al., <br><br>          Defendants. | Civil Action No. 16-7212 (MAS) (LHG) |
| PENTWATER EQUITY OPPORTUNITIES MASTER FUND LTD, et al. <br><br>          Plaintiffs, <br><br>     v. <br><br> VALEANT PHARMACEUTICALS INTERNATIONAL, INC., et al., <br><br>          Defendants. | Civil Action No. 17-7552 (MAS) (LHG) |

| | |
|---|---|
| DISCOVERY GLOBAL CITIZENS MASTER FUND, LTD., et al., <br><br> Plaintiffs, <br> v. <br><br> VALEANT PHARMACEUTICALS INTERNATIONAL, INC., et al., <br><br> Defendants. | Civil Action No. 16-7321 (MAS) (LHG) |
| MSD TORCHLIGHT PARTNERS, L.P., et al., <br><br> Plaintiffs, <br> v. <br><br> VALEANT PHARMACEUTICALS INTERNATIONAL, INC., et al., <br><br> Defendants. | Civil Action No. 16-7324 (MAS) (LHG) |
| BLUEMOUNTAIN FOINAVEN MASTER FUND L.P., et al., <br><br> Plaintiffs, <br> v. <br><br> VALEANT PHARMACEUTICALS INTERNATIONAL, INC., et al., <br><br> Defendants. | Civil Action No. 16-7328 (MAS) (LHG) |
| INCLINE GLOBAL MASTER LP, et al., <br><br> Plaintiffs, <br> v. <br><br> VALEANT PHARMACEUTICALS INTERNATIONAL, INC., et al., <br><br> Defendants. | Civil Action No. 16-7494 (MAS) (LHG) |

| | |
|---|---|
| VALIC COMPANY I, et al., <br><br> Plaintiffs, <br> v. <br><br> VALEANT PHARMACEUTICALS INTERNATIONAL, INC., et al., <br><br> Defendants. | Civil Action No. 16-7496 (MAS) (LHG) |
| JANUS ASPEN SERIES, et al., <br><br> Plaintiffs, <br> v. <br><br> VALEANT PHARMACEUTICALS INTERNATIONAL, INC., et al., <br><br> Defendants. | Civil Action No. 16-7497 (MAS) (LHG) |
| OKUMUS OPPORTUNISTIC VALUE FUND, LTD. <br><br> Plaintiff, <br> v. <br><br> VALEANT PHARMACEUTICALS INTERNATIONAL, INC., et al., <br><br> Defendants. | Civil Action No. 17-6513 (MAS) (LHG) |
| PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI, <br><br> Plaintiff, <br> v. <br><br> VALEANT PHARMACEUTICALS INTERNATIONAL, INC., et al., <br><br> Defendants. | Civil Action No. 17-7625 (MAS) (LHG) |

| | |
|---|---|
| THE BOEING COMPANY EMPLOYEE RETIREMENT PLANS MASTER TRUST AND THE BOEING COMPANY EMPLOYEE SAVINGS PLANS MASTER TRUST,<br><br>    Plaintiffs,<br> v.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC., et al.,<br><br>    Defendants. | Civil Action No. 17-7636 (MAS) (LHG) |
| LORD ABBETT INVESTMENT TRUST-LORD ABBETT SHORT DURATION INCOME FUND, et al.,<br><br>    Plaintiffs,<br> v.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC., et al.,<br><br>    Defendants. | Civil Action No. 17-6365 (MAS) (LHG) |

## CERTIFICATION OF SERVICE

RICHARD HERNANDEZ, hereby certifies as follows:

1. I am an attorney-at-law of the State of New Jersey and a member of the law firm of McCarter & English, LLP, counsel to Valeant Pharmaceuticals International, Inc., Robert L. Rosiello, Ari S. Kellen, Ronald H. Farmer, Colleen Goggins, Robert A. Ingram, Anders Lönner, Theo Melas-Kyriazi, Robert N. Power, Norma Provencio, Katherine B. Stevenson, Jeffrey W. Ubben, and Tanya Carro in the above-referenced matters

2. On October 27, 2017, I caused copies of (i) Defendants' Memorandum of Law in Support of a Stay; (ii) the Declaration of Richard Hernandez in Support of Defendants' Memorandum of Law in Support of a Stay; and (iii) this Certification of Service to be served on all counsel of record via electronic case filing.

                                                   *s/ Richard Hernandez*
                                                     Richard Hernandez

Dated: October 27, 2017